1  THOMAS K. HOCKEL (State Bar No. 172367)
2  KELLY, HOCKEL & KLEIN P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104
   Telephone:   415/951-0535
4  Facsimile:    415/391-7808
5  thockel@khklaw.com

6  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
7

8
9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12

13  LARRY BLEVINS,                     ) Case No. CV-08-2615-WDB
                                       )
14          Plaintiff,                 ) **STIPULATION EXTENDING TIME FOR**
    v.                                 ) **DEFENDANT'S RESPONSE TO**
15                                     ) **COMPLAINT**
    HARTFORD LIFE AND ACCIDENT         )
16  INSURANCE COMPANY,                 )
                                       )
17          Defendants.                )
                                       )
18  _____)

1  Pursuant to Local Rule 6-1, plaintiff Larry Blevins and defendant Hartford Life and Accident
2  Insurance Company, by and through their respective counsel, hereby stipulate to an extension of
3  defendant's time to respond to plaintiff's complaint in the captioned matter, through and including July
4  30, 2008.  The parties' stipulation will not alter the date of any event or deadline already fixed by Court
5  order.

7  Dated:  June 26, 2008          KELLY, HOCKEL & KLEIN P.C.

10                                                  By // Thomas K. Hockel
                                                    Thomas K. Hockel
                                                    Attorneys for Defendant

12  Dated:  June 26, 2008

13                                                  By // Steven M. Lander
                                                    Attorney for Plaintiff

STIULATION EXTENDING TIME TO RESPOND TO COMPLAINT

CV 08-2615 WDB

Page 2