1  THOMAS K. HOCKEL (State Bar No. 172367)
   KELLY, HOCKEL & KLEIN P.C.
2  44 Montgomery Street, Suite 2500
3  San Francisco, California 94104
   Telephone:   415/951-0535
4  Facsimile:   415/391-7808
   thockel@khklaw.com
5
6  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
7
8
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12
13  LARRY BLEVINS,                    ) Case No. CV-08-2615-WDB
                                      )
14           Plaintiff,               ) **DEFENDANT'S ADR CERTIFICATION**
    v.                                ) **BY PARTIES AND COUNSEL**
15                                    )
    HARTFORD LIFE AND ACCIDENT        )
16  INSURANCE COMPANY,                )
                                      )
17           Defendants.              )
18  _____ )
19
20
21
22
23
24
25
26
27
28

1   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or
2   she has:
3   (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of*
4   *California:* on the Court's ADR Internet site www.adr.cand.uscounts.gov *(Limited printed copies are*
5   *available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing*
6   *program (ECF) under General Order 45);*
7   (2) Discussed the available dispute resolution options provided by the Court and private entities;
8   and
9   (3) Considered whether this case might benefit from any of the available dispute resolution
10  options.

Dated: August 12, 2008      By _____
                            On Behalf of Defendant HARTFORD LIFE
                            AND ACCIDENT INSURANCE COMPANY


Dated: August 12, 2008      KELLY, HOCKEL & KLEIN P.C.


                            By _____
                            Thomas K. Hockel
                            Attorneys for Defendant
                            HARTFORD LIFE AND ACCIDENT
                            INSURANCE COMPANY

DEFENDANT'S ADR CERTIFICATION