THOMAS K. HOCKEL (State Bar No. 172367)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, California 94104
Telephone:    415/951-0535
Facsimile:    415/391-7808
thockel@khklaw.com

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BLEVINS,<br><br>       Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>       Defendants. | Case No. CV-08-2615-WDB<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES** |

1    Pursuant to Civil L.R. 3-16, defendants Hartford Life and Accident Insurance

2  Company("Hartford") submits the following Certification of Interested Parties:

3    Hartford Life and Accident Insurance Company is a wholly owned subsidiary of Hartford Life,

4  Inc., which is a subsidiary of The Hartford Financial Services Group, Inc., a publicly traded corporation.

5    Other than the above, defendant is not aware of any persons, firms, partnerships, corporations

6  (including parent corporations) or other entities known by the party to have either a financial interest in

7  the subject matter in controversy or in a party to the proceeding or any other kind of interest that could

8  be substantially affected by the outcome of the proceeding.

9    Dated: August 25, 2008         KELLY, HOCKEL & KLEIN P.C.

10

11                    By __// Thomas K. Hockel_____

12                         Thomas K. Hockel
                         Attorneys for Defendant
13                    HARTFORD LIFE AND ACCIDENT
                         INSURANCE COMPANY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**