THOMAS K. HOCKEL (State Bar No. 172367)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, California 94104
Telephone:    415/951-0535
Facsimile:    415/391-7808
thockel@khklaw.com

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BLEVINS, | Case No. CV-08-2615-WDB |
| Plaintiff, | **DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

1    Pursuant to Civil L.R. 3-16, defendants Hartford Life and Accident Insurance

2  Company("Hartford") submits the following Certification of Interested Parties:

3    Hartford Life and Accident Insurance Company is a wholly owned subsidiary of Hartford Life,

4  Inc., which is a subsidiary of The Hartford Financial Services Group, Inc., a publicly traded corporation.

5    Other than the above, defendant is not aware of any persons, firms, partnerships, corporations

6  (including parent corporations) or other entities known by the party to have either a financial interest in

7  the subject matter in controversy or in a party to the proceeding or any other kind of interest that could

8  be substantially affected by the outcome of the proceeding.

9    Dated:  August 25, 2008         KELLY, HOCKEL & KLEIN P.C.

10

11                              By  // Thomas K. Hockel
12                                     Thomas K. Hockel
                                    Attorneys for Defendant
13                              HARTFORD LIFE AND ACCIDENT
                                    INSURANCE COMPANY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**