UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: September 2, 2008            Start Time: 4:00 p.m.   End Time:  4:10  p.m.

DOCKET NO.         C 08-2615 WDB
TITLE OF CASE      *Blevins v. Hartford Life& Accident Insurance*

ATTORNEY(S)        For Plaintiff:    Steven M. Lander, Esq.

                   For Defendant:  Thomas K. Hockel, Esq.


TAPE NO.:   FTR 9/2/08, 4:00 p.m.   (X) In Person  ( ) Telephonic

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE           [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)            [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE             [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)    [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)       [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court


**NOTES**

   Court conducted Initial Case Management Conference.  Case referred to ADR Department for court-sponsored mediation.  See later-filed separate order.