1  THOMAS K. HOCKEL (State Bar No. 172367)
2  KELLY, HOCKEL & KLEIN P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104
   Telephone:   415/951-0535
4  Facsimile:   415/391-7808
   thockel@khklaw.com
5
6  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
7
8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA

10  LARRY BLEVINS,                )   Case No. CV-08-2615-WDB
11                                )
              Plaintiff,           )   STIUPULATION FOR DISMISSAL;
12  v.                            )   [PROPOSED] ORDER
13  HARTFORD LIFE AND ACCIDENT    )
    INSURANCE COMPANY,            )
14                                )
15            Defendant.           )
                                  )
16

Pursuant to a settlement, the parties, by and through their respective counsel of record, hereby stipulate to a dismissal with prejudice of this action, in its entirety, each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: December 8, 2008          KELLY, HOCKE & KLEIN P.C.


By  /s/Thomas K. Hockel
    Thomas K. Hockel
    Attorneys for Defendant


Dated: December 8, 2008          STEVEN LANDER
                                 Attorney at Law


By  /s/ Steven Lander
    Steven M. Lander
    Attorney for Plaintiff

### ORDER

Pursuant to the parties' stipulation, the Court hereby dismisses this action in its entirety, with prejudice, each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED**

Dated: December 9, 2008

_____
UNITED STATES MAGISTRATE JUDGE
Wayne D. Brazil